**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

YASMIN SAIGHI     v. GSA

No. 2015-1859

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✓] As counsel for:  Yasmin Saighi
                                    Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant     [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Mitchell E. Shamas |
| Law firm: | Shamas Law Office pllc |
| Address: | 6863 S Canton Ave |
| City, State and ZIP: | Tulsa, OK  74136-3405 |
| Telephone: | (918) 496-0994 |
| Fax #: | (918) 496-0982 |
| E-mail address: | office@shamaslaw.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): July 21, 2015

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✓] Yes   [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| August 5, 2015 | /s/ Mitchell E. Shamas |
| Date | Signature of pro se or counsel |

cc: Albert S. Iarossi

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on August 5, 2015 by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
   (by email or CM/ECF)

| Mitchell E. Shamas | /s/ Mitchell E. Shamas |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Shamas Law Office pllc
Address: 6863 S Canton Ave
City, State, ZIP: Tulsa, OK 74136
Telephone Number: (918) 496-0994
FAX Number: (918) 496-0982
E-mail Address: office@shamaslaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.