NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**YASMIN SAIGHI,**
*Appellant*

v.

**GENERAL SERVICES ADMINISTRATION,**
*Appellee*

---

2015-1859

---

Appeal from the Civilian Board of Contract Appeals in No. 3693, Administrative Judge Jeri Kaylene Somers, Administrative Judge Jerome M. Drummond, and Administrative Judge R. Anthony McCann.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Appellant's unopposed motion for leave to file her opening brief out of time, it is ordered that,

IT IS ORDERED THAT:

The motion is granted. GSA should calculate the due date of its brief from the date of this order.

2                                                                            SAIGHI v. GSA

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25